## 62706. DAVID v. PARKERSON et al.

DEEN, Presiding Judge.

The appeal in this case was filed July 13, 1981. No enumeration of errors or brief having been filed within 20 days, the court ordered the filing to be made by August 10, 1981. No brief or enumeration of errors having been filed in compliance with such order, the appeal must be dismissed pursuant to our Rules 14 and 27 (a). *Shepherd v. Shepherd,* 234 Ga. 708 (217 SE2d 286) (1975).

*Appeal dismissed. Banke and Carley, JJ., concur.*

DECIDED SEPTEMBER 9, 1981.

Noel David, *pro se.*
*Dorothy Atkins,* for appellees.